June 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF A.L.H., A CHILD

NO. 14-14-01030-CV

_____

This cause, an appeal from a judgment terminating parental rights signed December 17, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore, **REVERSE** that portion of the trial court's judgment terminating the father's parental rights to the child, and **RENDER** judgment denying the Department's request to terminate the father's rights to the child. The remainder of the trial court's judgment is **AFFIRMED**.

We order this decision certified below for observance.

We further order the mandate be issued immediately.